UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARRING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MARTENS,<br><br>　　　　　Defendant. | No. 1:14-cv-0310 AWI-BAM<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 10)**<br><br>**ORDER DEEMING FIRST AMENDED COMPLAINT TIMELY FILED**<br><br>**(Doc. 11)** |

　　Plaintiff, David Harring ("Plaintiff"), a state prisoner housed at Kern Valley State Prison, proceeding *pro se* and *in forma pauperis*, has filed this civil action seeking monetary damages and other relief.

　　On April 16, 2014, the Court dismissed Plaintiff's initial complaint in this matter for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On May 22, 2014, the Court granted an extension of time for plaintiff to file an amended complaint. Plaintiff failed to file a timely First Amended Complaint, and on June 26, 2014, this Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to obey the Court's order. (Doc. 10).

On July 23, 2014, Plaintiff filed objections to the Findings and Recommendations,[1] and also a First Amended Complaint. (Doc. 11). Plaintiff cites delays by the prison mail room for his untimely First Amended Complaint. Plaintiff asserts that he prepared his First Amended Complaint well before the submission deadline and served it on the prison mail room in a timely manner. Plaintiff requests the Court to excuse the delay, which was out of his control.

In light of Plaintiff's objections and his submission of the First Amended Complaint on July 23, 2014, the Court finds good cause to vacate the Findings and Recommendations and deem the First Amended Complaint timely filed.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations filed June 26, 2014 (Doc. 10) are VACATED;

2. Plaintiff's First Amended Complaint, filed on July 23, 2014, is deemed timely filed (Doc. 11); and

3. The Court shall screen the First Amended Complaint in due course.

IT IS SO ORDERED.

Dated:   **August 1, 2014**           /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's objections are styled as a motion for reconsideration to file his amended complaint